| | | | | |
|---|---|---|---|---|
| Cause #: | 2012-34954 | Court # | 129TH | Judgment Date: | 9/4/2014 |

| | | | | |
|---|---|---|---|---|
| Volume: | | Page: | | Image #: | 62219935 |

| | | | |
|---|---|---|---|
| Due Date: | 1/2/2015 | Attorney Bar No: | 1 (Pro Se) |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/14/2015 11:51:53 AM
CHRISTOPHER A. PRINE
Clerk

Assigned to     FIRST     Court of Appeals

| | |
|---|---|
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | 9/17/2014 |

| | | |
|---|---|---|
| Request for Transcript Filed? | NONE | BC |
| Notice of Appeal previously filed? N | | C |
| Number of Days: | 120 | OA |
| File Ordered: | | E3(30-day extension) |

Notes: E-filed NOA accepted by court, Civil Post Trial not notified of filing.

BC     Notice of Appeal filed
BG     Notice of Appeal filed – Government
C       Appealing Final Judgment
D -     Accelerated Appeal
OA      No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

12/31/2014 5:54:15 PM
Chris Daniel - District Clerk Harris County
Envelope No. 3632548
By: Danielle Gutierrez
Filed: 12/31/2014 5:54:15 PM

## No.201234954

| | | |
|---|---|---|
| Daryl Barnes | ) | |
| Demeatrice Goff | ) | **IN THE 129th** |
| *Petitioners,* | ) | **DISTRICT COURT OF THE** |
| **v.** | ) | **STATE OF TEXAS** |
| National Housing Development | ) | **COUNTY OF HARRIS** |
| Corporation, Colony , LLC | ) | |
| *Defendants* | ) | |
| | ) | |
| | ) | |

## PETITIONERS
## NOTICE OF APPEAL OF

The Petitioners give notice that Petitioners appeal from the Court's Order granting summary judgement to the defendants Kevin Fulton And N.H.D.C signed on

Sept 4th, 2014 by the129th Judicial District of Court of Harris County , Texas in the above entitled and numbered cause.

This appeal is being taken to either the First or Fourteenth Court of Appeals in Houston. The petitioners( appellants) Daryl Barnes and Demeatrice Goff are parties affected by the trial court's judgment but did not participate - either in person or through counsel -in the hearing that resulted in the judgment complained of. This appeal is taken pursuant to Tex.R.Civ.P .

## Certification

Pursuant to Rule 21a of the Texas Rules of Civil Procedure I hereby certify that a true and correct copy of the foregoing instrument has been served upon counsel of record and defendant Kevin Fulton  on this 31st  day of December, 2014

Daryl Barnes                                    /s/Daryl Barnes
Demeatrice Goff                              /s/ Demeatrice Goff
7741 James Franklin
Houston, Tx 77088
Email:   dbarnes.humble@gmail.com
Phone   (832)988-0403

CASE NUM: 201234954__ PJN> __  TRANS NUM: _____  CURRENT COURT: 129 PUB? _
CASE TYPE: CONSPIRACY                     CASE STATUS: DISPOSED (FINAL)
STYLE: BARNES, DARYL                      VS NATIONAL HOUSING DEVELOPMENT CORP
========================================================================
                     **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME            PTY     ASSOC. ATTY
   NUM   NUMBER                                         STAT
_      00006-0001 DEF           U.S. DEPARTMENT OF HOUSING AND
_      00005-0001 DEF           CITY OF HUMBLE                S
_      00004-0001 AGT           NATIONAL HOUSING DEVELOPMENT C
_      00003-0001 PLT           GOFF, DEMEATRICE                     PRO-SE
_      00002-0001 DEF 24059787  NATIONAL HOUSING DEVELOPMENT C       FULTON, KEVIN
_      00001-0001 PLT           BARNES, DARYL                        PRO-SE


==> (6) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP


JUFC7 (NSK#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    JAN 14, 2015(C1)
INT6510                        CIVIL CASE INTAKE              OPT: _____ - INT
                            GENERAL PARTY INQUIRY             PAGE:  1  -    1

CASE NUM: 201234954__ PJN> __  TRANS NUM: _____  CURRENT COURT: 129 PUB? _
CASE TYPE: CONSPIRACY                     CASE STATUS: DISPOSED (FINAL)
STYLE: BARNES, DARYL                      VS NATIONAL HOUSING DEVELOPMENT CORP
========================================================================
                     **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME            PTY     ASSOC. ATTY
   NUM   NUMBER                                         STAT




==> (0) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD      9=PTY. ADDR.   10=REFRESH    11=HELP